UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>                Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00216-MMD-CLB<br><br>ORDER |

Petitioner Courtney Motley has attempted to initiate a 28 U.S.C. § 2254 habeas corpus petition. While he has filed several applications to proceed *in forma pauperis* and a form motion for appointment of counsel and request for an evidentiary hearing, he has not submitted a habeas petition. It appears he is challenging the computation of his sentence after his probation was revoked. However, with no habeas petition, Motley has not properly commenced a federal habeas matter. He must file a federal habeas petition on the Court's 28 U.S.C. § 2254 habeas corpus form and include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*. LSR 1-2. The Court will therefore dismiss the action without prejudice as improperly commenced.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

It is further ordered that the following motions filed by Petitioner: four applications for leave to proceed *in forma pauperis* (ECF Nos. 1, 5, 7, 9), motion for county jail time (ECF No. 8), and motion for order to transport prisoner (ECF No. 10) are all denied as moot.

///

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 4th day of May 2020

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2